**E. W. LOWRIMORE, Appellant, v. STATE of Texas, Appellee.**

**No. 21169.**

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

Thomas & Thomas, of Big Spring, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is embezzlement. The punishment assessed is confinement in the state penitentiary for a period of two years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing his appeal. The request is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.